FILED
July 8, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                             )     Case No. 2:05mj197 KJM
          Plaintiff, )
v. )     ORDER FOR RELEASE OF
                                             )     PERSON IN CUSTODY
Mourad Suleiman, )
          Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mourad Suleiman</u> Case No. <u>2:05mj197 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       __ Release on Personal Recognizance

       __ Bail Posted in the Sum of _____

           __ Unsecured Appearance Bond

           _X_ Appearance Bond with 10% Deposit

           __ Appearance Bond with Surety

           __ Corporate Surety Bail Bond

       _X_ (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>July 8, 2005</u> at 2:55 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller
United States Magistrate Judge