PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-197 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING PRELIMINARY |
| ) | HEARING |
| ) | |
| MOURAD HAMED SULEIMAN ) | Hon. KIMBERLY J. MUELLER |
| ) | |
| Defendant. ) | |

    Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ROBIN R. TAYLOR, stipulate and agree to the following:

    1. The presently scheduled date of July 28th 2005 for Preliminary Hearing shall be vacated and said Preliminary Hearing be rescheduled for August 2nd, 2005 at 2:00 p.m..

    The Defense needs additional time to adequately prepare for Preliminary Hearing.  Further, defense counsel will be unavailable on the currently scheduled date, July 28, 2005 since he is in trial in state court.  Defendant is out of custody.

// //

- 1 -

IT IS SO STIPULATED.

Dated: _____                /s/_____
                               ROBIN R. TAYLOR
                               Assistant U.S. Attorney
                               for the Government


Dated: _____                /s/_____
                               PETER KMETO
                               Attorney for Defendant
                               MOURAD HAMED SULEIMAN

## ORDER

UPON GOOD CAUSE SHOWN, the consent of the defendant, and the stipulation of all parties, it is ordered that the Preliminary Hearing be continued as set forth above.  Fed. R. Crim. P. 5.1(d).

DATED: July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -